FILED
2011 Jul-07 PM 01:48
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| **EDWARD R. LANE,** | ) |
| **Plaintiff,** | ) |
| v. | ) Case No.: 4:11-cv-00883-KOB |
| **CENTRAL ALABAMA COMMUNITY COLLEGE,** | ) |
| **Defendant.** | ) |

## REPORT OF PARTIES' PLANNING MEETING

Pursuant to Fed. R. Civ. P. 26(f), a meeting was held on **July 6, 2011**, via telephone.

1. <u>Appearances</u>:

   Joseph A. Hutchings, John D. Saxon, P.C., for Plaintiff, Edward R. Lane.

   Stephen N. Fitts, Esq., Hand Arendall LLC, for Defendant, Central Alabama Community College.

2. <u>Parties</u>:

   a. The Plaintiff shall have until **December 31, 2011** to join any additional parties.

   b. The Defendant shall have until **January 31, 2012** to join any additional parties.

3. <u>Initial Disclosures</u>:

   The parties will exchange by **July 29, 2011** the initial disclosures required by Rule 26(a)(1).

4. <u>Pleadings</u>:

   a. The Plaintiff shall have until **December 31, 2011** to amend the pleadings.

   b. The Defendant shall have until **January 31, 2012** to amend the pleadings.

5. <u>Dispositive Motions</u>:

   All potentially dispositive motions must be filed by **May 7, 2012**. Responses are due by **May 28, 2012**. Replies due by **June 11, 2012**.

6. <u>Expert Testimony</u>:

   Unless modified by stipulation of the parties, the disclosure of expert witnesses - including a complete report under Fed. R. Civ. P. 26(a)(2)(B) from any specially retained or employed expert - are due:

   a. From the Plaintiff:     **December 15, 2011**.

   b. From the Defendant:     **January 15, 2012**.

7. <u>Discovery Plan</u>:   The parties jointly propose to the Court the following discovery plan:

   Discovery is needed on the following subjects - Plaintiff's claims and damages, Defendant's liability and defenses, including non-liability and damages.

   Settlement cannot be realistically evaluated prior to some discovery.

a. Unless modified by stipulation of the parties:

Depositions:

Maximum of seven (7) depositions for the Plaintiff and seven (7) depositions for the Defendant, with a maximum time limit of seven (7) hours per deposition, excluding breaks and lunch.

Interrogatories:

Maximum of 30 by each party to any other party, with responses due 30 days after service.

Requests for Admission:

Maximum of 30 by each party to any other party, with responses due 30 days after service.

Requests for Production:

Maximum of 30 by each party to any other party, with responses due 30 days after service.

Supplementation:

Supplements under Rule 26(e), Fed. R. Civ. P., are due 30 days before the close of discovery.

b. Unless modified by court order for good cause shown, all discovery must be commenced in time to be completed by **April 6, 2012**.

c. With respect to any electronically-stored information that is identified or requested during the course of discovery, such documents, to the extent reasonably accessible or otherwise not objectionable, will be produced either as a hard copy on paper, or stored on a CD or DVD in their native format or in .pdf file.

8.  <u>Pre-Trial Conference</u>:

The parties request a final pre-trial conference in **June, 2012**.

9.  <u>Trial</u>:    This case should be ready for trial by **July, 2012**, and at this time is expected to take approximately 2-3 days for trial.

10. <u>Final Lists</u>:  Final lists of trial witnesses and exhibits under Fed. R. Civ. P. 26(a)(3) must be served and filed:

    a.  By the Plaintiff: Thirty (30) days before the trial date.

    b.  By the Defendant: Thirty (30) days before the trial date.

        Objections are to be filed within fourteen (14) days after service of final lists of trial witnesses and evidence.

11. <u>Scheduling Conference</u>:

The parties do not request a scheduling conference prior to the entry of the Scheduling Order.

Submitted this the 7th day of July, 2011.

**Respectfully submitted,**

**/s/ Joseph A. Hutchings**
**John D. Saxon**
**Joseph A. Hutchings**
**JOHN D. SAXON, P.C.**
**2119 Third Avenue North**
**Birmingham, AL 35203**
**Tel.:   (205) 324-0223**
**Fax:   (205) 323-1583**
**Email: jsaxon@saxonattorneys.com**
            **jhutchings@saxonattorneys.com**

**/s/ Stephen N. Fitts**
**Mark T. Waggoner**
**Stephen N. Fitts**
**HAND ARENDALL LLC**
**1200 Park Place Tower**
**2001 Park Place North**
**Birmingham, Alabama 35203**
**Tel.:   (205) 324-4400**
**Fax:   (205) 322-1163**
**Email: mwaggoner@handarendall.com**
           **sfitts@handarendall.com**