# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

December 01, 2016

Sharon Harris
U.S. District Court
Hugo L. Black United States Courthouse
1729 5TH AVE N
BIRMINGHAM, AL 35203

Appeal Number: 16-14965-CC
Case Style: Edward Lane v. Susan Burrow
District Court Docket No: 4:11-cv-00883-KOB

The enclosed copy of the Clerk's Entry of Dismissal pursuant to the joint stipulation of the parties to dismiss is issued as the mandate of this court.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Joe Caruso
Phone #: (404) 335-6177

Enclosure(s)

DIS-3 Letter and Entry of Dismissal Vol

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 16-14965-CC
_____

EDWARD R. LANE,

                                           Plaintiff - Appellant,

versus

SUSAN BURROW,
in her oficial capacity as Acting President
of Central Alabama Community College,

                                           Defendant - Appellee.

_____

Appeal from the United States District Court
for the Northern District of Alabama
_____

ENTRY OF DISMISSAL: Pursuant to the joint motion for voluntary dismissal, FRAP Rule 42 and 11th Cir. R. 42-1(a), the above referenced appeal was duly entered dismissed on this date, effective December 01, 2016.

DAVID J. SMITH
Clerk of Court of the United States Court
of Appeals for the Eleventh Circuit

by:  Joe Caruso, Deputy Clerk

                                                            FOR THE COURT - BY DIRECTION